Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

1. In the District Court of the United States of America
2. Original Jurisdiction, Original Venue, Original Law Form
3. Private and Public Side in Plenary Equity
4.
5. Case #                                             **3'17 - CV 1161 - PK**
6.
7. Under, and out of, the authority of absolute necessity.
8.
9. Ronald Charles Vrooman
10. Real-man Living Soul in fact, Secured Party in fact, Real-Party-in-Interest in fact, Holder-in-Due-Course in
11. fact, Grantor in fact, Bailor in fact, Administrator in fact, Creditor in fact, Custodian in fact, Executor in
12. fact, Beneficiary in fact, Heir of the Creator in fact
13. Qui tam pro domino rege quam pro se ipso in hac parte sequitur
14. V
15. Katherine Brown aka/dba KATHERINE BROWN aka/dba GOVERNOR STATE OF OREGON aka/dba
16. UNKNOWN, foreign entity, trustee, any and all derivatives, appellations, identifiers, numbers and their
17. combinations, letters and their combinations, abbreviations, idem sonans and/or all other legal,
18. financial and managerial forms and formats of any nature, shape, cause and kind, and any and all
19. variations and combinations thereof, any and all corporate, military, commercial, civil, political, social,
20. ecclesiastical and other entities of any nature, shape, cause, kind, form and format, and any and all
21. variations and combinations thereof, any and all creations and liabilities by, of, through and from of any
22. nature, shape, cause, kind, form and format, and any and all variations and combinations thereof, any
23. and all political subdivisions and instrumentalities of any nature, shape, cause kind, form and format,
24. and any and all variations and combinations thereof, any and all capacities, characters, conditions,
25. status, standings, jurisdictions, venues and law forms of any nature, shape, cause, kind, form and
26. format, and any and all variations and combinations thereof, any and all agents, assigns, successors,
27. principals, beneficiaries, employees, officers, contractors, franchisees, licensees, members, et cetera, of
28. any nature, shape, cause, kind, form and format, and any and all variations and combinations thereof,
29. any and all trusts, structures, hierarchies, systems, networks, regimes and any and all other limits and
30. constructs of any nature, shape, cause, kind, form and format, and any and all variations and
31. combinations thereof, any and all of the aforementioned both known and unknown, any and all of the
32. aforementioned both perceived and unperceived, and any and all variations and combinations of the
33. aforementioned, without limitation, private for profit entities providing quasi-governmental and other
34. goods and services purporting to be lawful government, also referred to as defendant.
35.
36. Dennis Richardson aka/dba DENNIS RICHARDSON aka/dba SECRETARY OF STATE STATE OF OREGON
37. aka/dba UNKNOWN, foreign entity, trustee, any and all derivatives, appellations, identifiers, numbers
38. and their combinations, letters and their combinations, abbreviations, idem sonans and/or all other
39. legal, financial and managerial forms and formats of any nature, shape, cause and kind, and any and all
40. variations and combinations thereof, any and all corporate, military, commercial, civil, political, social,
41. ecclesiastical and other entities of any nature, shape, cause, kind, form and format, and any and all
42. variations and combinations thereof, any and all creations and liabilities by, of, through and from of any
43. nature, shape, cause, kind, form and format, and any and all variations and combinations thereof, any
44. and all political subdivisions and instrumentalities of any nature, shape, cause kind, form and format,
45. and any and all variations and combinations thereof, any and all capacities, characters, conditions,
46. status, standings, jurisdictions, venues and law forms of any nature, shape, cause, kind, form and
47. format, and any and all variations and combinations thereof, any and all agents, assigns, successors,
48. principals, beneficiaries, employees, officers, contractors, franchisees, licensees, members, et cetera, of

*Certified copy*
*7/24/17*

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
*ronvrooman38@gmail.com*

49  any nature, shape, cause, kind, form and format, and any and all variations and combinations thereof,
50  any and all trusts, structures, hierarchies, systems, networks, regimes and any and all other limits and
51  constructs of any nature, shape, cause, kind, form and format, and any and all variations and
52  combinations thereof, any and all of the aforementioned both known and unknown, any and all of the
53  aforementioned both perceived and unperceived, and any and all variations and combinations of the
54  aforementioned, without limitation, private for profit entities providing quasi-governmental and other
55  goods and services purporting to be lawful government, also referred to as defendant.
56
57  STATE OF OREGON HOUSE OF REPRESENTATIVES aka/dba UNKNOWN, foreign entity, trustee, any and all
58  derivatives, appellations, identifiers, numbers and their combinations, letters and their combinations,
59  abbreviations, idem sonans and/or all other legal, financial and managerial forms and formats of any
60  nature, shape, cause and kind, and any and all variations and combinations thereof, any and all
61  corporate, military, commercial, civil, political, social, ecclesiastical and other entities of any nature,
62  shape, cause, kind, form and format, and any and all variations and combinations thereof, any and all
63  creations and liabilities by, of, through and from of any nature, shape, cause, kind, form and format, and
64  any and all variations and combinations thereof, any and all political subdivisions and instrumentalities
65  of any nature, shape, cause kind, form and format, and any and all variations and combinations thereof,
66  any and all capacities, characters, conditions, status, standings, jurisdictions, venues and law forms of
67  any nature, shape, cause, kind, form and format, and any and all variations and combinations thereof,
68  any and all agents, assigns, successors, principals, beneficiaries, employees, officers, contractors,
69  franchisees, licensees, members, et cetera, of any nature, shape, cause, kind, form and format, and any
70  and all variations and combinations thereof, any and all trusts, structures, hierarchies, systems,
71  networks, regimes and any and all other limits and constructs of any nature, shape, cause, kind, form
72  and format, and any and all variations and combinations thereof, any and all of the aforementioned
73  both known and unknown, any and all of the aforementioned both perceived and unperceived, and any
74  and all variations and combinations of the aforementioned, without limitation, private for profit entities
75  providing quasi-governmental and other goods and services purporting to be lawful government, also
76  referred to as defendant.
77
78  STATE OF OREGON SENATE aka/dba UNKNOWN, foreign entity, trustee, any and all derivatives,
79  appellations, identifiers, numbers and their combinations, letters and their combinations, abbreviations,
80  idem sonans and/or all other legal, financial and managerial forms and formats of any nature, shape,
81  cause and kind, and any and all variations and combinations thereof, any and all corporate, military,
82  commercial, civil, political, social, ecclesiastical and other entities of any nature, shape, cause, kind, form
83  and format, and any and all variations and combinations thereof, any and all creations and liabilities by,
84  of, through and from of any nature, shape, cause, kind, form and format, and any and all variations and
85  combinations thereof, any and all political subdivisions and instrumentalities of any nature, shape, cause
86  kind, form and format, and any and all variations and combinations thereof, any and all capacities,
87  characters, conditions, status, standings, jurisdictions, venues and law forms of any nature, shape,
88  cause, kind, form and format, and any and all variations and combinations thereof, any and all agents,
89  assigns, successors, principals, beneficiaries, employees, officers, contractors, franchisees, licensees,
90  members, et cetera, of any nature, shape, cause, kind, form and format, and any and all variations and
91  combinations thereof, any and all trusts, structures, hierarchies, systems, networks, regimes and any
92  and all other limits and constructs of any nature, shape, cause, kind, form and format, and any and all
93  variations and combinations thereof, any and all of the aforementioned both known and unknown, any
94  and all of the aforementioned both perceived and unperceived, and any and all variations and
95  combinations of the aforementioned, without limitation, private for profit entities providing quasi-

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

96  governmental and other goods and services purporting to be lawful government, also referred to as
97  defendant.

Without the state of Oregon without the state of Washington
Under penalty of perjury
signed And sworn Before me

Notary Public 7/24/17

Ronald Charles Vrooman  7/24/17
on Oregon within the
United States of America.



OFFICIAL SEAL
TALA ARETA JONES
NOTARY PUBLIC - OREGON
COMMISSION NO. 939009
MY COMMISSION EXPIRES JUNE 2, 2019